IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| CLIFTON MASAYOSHI HASEGAWA, ET AL., | ) ) | Civ. No. 10-00745 DAE-BMK |
|---|---|---|
| Plaintiffs, | ) ) ) | FINDINGS AND RECOMMENDATION THAT PLAINTIFF'S MOTION FOR |
| vs. | ) ) | PERMISSION TO APPEAL IN FORMA PAUPERIS BE DENIED |
| STATE OF HAWAII, ET AL., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

FINDINGS AND RECOMMENDATION THAT PLAINTIFF'S MOTION FOR
PERMISSION TO APPEAL IN FORMA PAUPERIS BE DENIED

Before the Court is Plaintiff Clifton Hasegawa's Motion for Permission to Appeal In Forma Pauperis. (Doc. 49.) The Court finds and recommends that this Motion be DENIED as moot.[1]

Plaintiff filed this action on December 14, 2010. That same day, Plaintiff filed an Application to Proceed in District Court Without Prepaying Fees or Costs ("First IFP Application"). On December 29, 2010, this Court found and recommended that the First IFP Application be denied. On January 3, 2011, Plaintiff paid the filing fee to this Court. On January 20, 2011, Judge David Alan

---

[1] This Court elects to decide this Motion without a hearing, pursuant to Local Rule 7.2(d).

Ezra adopted this Court's findings and recommendation to deny Plaintiff's First IFP Application.

On May 24, 2011, Judge Ezra issued an order dismissing this case. Judgment was thereafter entered on May 31, 2011, and this case was closed. Nearly four months later, on September 21, 2011, Plaintiff filed a Third Amended Complaint. Defendants moved to strike the Third Amended Complaint, and this Court agreed, stating, "Plaintiff's Third Amended Complaint, which was filed nearly four months after Judgment was entered and this case was closed, was inappropriately filed." (Doc. 47.)

On November 17, 2011, Plaintiff appealed this Court's order striking the Third Amended Complaint to Judge Ezra. (Doc. 48.) In conjunction with that appeal, Plaintiff filed the present Motion for Permission to Appeal In Forma Pauperis. This Court finds that Plaintiff's Motion is moot because he already paid the filing fee for this case, and he does not need to pay another filing fee to appeal this Court's order to Judge Ezra. Accordingly, the Court finds and recommends that Plaintiff's Motion to Appeal In Forma Pauperis be DENIED as moot.

DATED: Honolulu, Hawaii, November 22, 2011.

IT IS SO ORDERED.



/S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge

Hasegawa, et al. v. State of Hawaii, et al., Civ. No. 10-00745 DAE-BMK; FINDINGS AND RECOMMENDATION THAT PLAINTIFF'S MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS BE DENIED.