IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| CLIFTON MASAYOSHI HASEGAWA, et al., | ) ) ) | CIVIL 10-00745-DAE-BMK |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| STATE OF HAWAII, et al., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

On November 22, 2011, the Magistrate Judge issued a Findings and Recommendation that Plaintiff's Motion for Permission to Appeal In Forma Pauperis Be Denied. (Doc. # 50.) That Finding and Recommendation was served on all parties the same day.

To date, no objections to the Magistrate Judge's Findings and Recommendation have been filed. However, on November 30, 2011, Plaintiff Clifton Masayoshi Hasegawa filed additional documentation in further support of his In Forma Pauperis Application. (Doc. 51.)

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION THAT PLAINTIFF'S MOTION FOR

PERMISSION TO APPEAL IN FORMA PAUPERIS BE DENIED," (Doc. # 50) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 14, 2011.



_____
David Alan Ezra
United States District Judge

Clifton Masayoshi Hasegawa, et al. vs. State of Hawaii, et al., Civil No. 10-00745 DAE-BMK; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION